

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00330-CR

Jack Andrew **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10392
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

On February 15, 2022, appellant filed a motion for a seven day extension of time to file his brief. We **grant** the motion and **order** appellant's counsel to file his brief **by February 22, 2022**. We further advise counsel that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court